IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN BLUM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AKEHURST LANDSCAPING SERVICES, INC. | : | NO. 13-7410 |

### O R D E R

AND NOW, this 27th day of January, 2014, upon consideration of defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(4) and request that the Court transfer the case to the United States District Court for the Middle District of Pennsylvania to which plaintiff does not object, it is ORDERED that this action is transferred to the United States District Court for the Middle District of Pennsylvania. The Clerk of Court is directed to transfer this case forthwith.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,    J.